IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BENNY E. JAY,** | § | |
| | § | |
|   Plaintiff, | § | |
| | § | Civil Action No. 1:22-cv-00447-LY |
| v. | § | |
| | § | |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006, ASSET-BACKED CERTIFICATES, SERIES 2006-2,** | § § § § § § | |
| | § | |
|   Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Benny E. Jay ("Plaintiff") and Defendant Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2006, Asset-Backed Certificates, Series 2006-2 ("Defendant", and together with Plaintiff, "the Parties") file this their Joint Stipulation of Dismissal (the "Stipulation") and respectfully show the Court as follows:

The Parties have reached an agreement to dismiss for Plaintiff to dismiss his claims against Defendant with prejudice. As such, in accordance with their agreement, the Parties request that the Court sign an order:

    1.    That this Stipulation of Dismissal is granted; and

    2.    That all of the claims brought in this Action by Plaintiff against Defendant are dismissed with prejudice to the re-filing of same;

    3.    That Defendant may charge its costs and attorney's fees to the subject loan.

The foregoing is stipulated by the Parties by and through their respective counsel of record.

Respectfully submitted,

By:  */s/ James Minerve by Mark D. Cronenwett with permission*
    **JAMES MINERVE**
    Texas Bar No. 24008692
    jgm@minervelaw.com

13276 N. Hwy 183, Ste 209
Austin, Texas 78750
(888) 819-1440 (Office)
(210) 336-5867 (Mobile)
(888) 230-6397 (Fax)
jgm@minervelaw.com

**ATTORNEY FOR PLAINTIFF**

And

By:  */s/ Mark D. Cronenwett*
    **MARK D. CRONENWETT**
    Texas Bar No. 00787303
    mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, a true and correct copy of the foregoing was served via ECF on the following party:

James Minerve
13276 N. Hwy 183, Ste 209
Austin, Texas 78750
jgm@minervelaw.com
*Attorney for Plaintiff*

    */s/ Mark D. Cronenwett*
    **MARK D. CRONENWETT**